394 A.2d 620

Fatta Appeal.

Argued June 15, 1978. K. Notturno, with him Gary G. Krafft, for appellant; William E. Haggerty, with him John Heinley, for appellee, Candice Monaghan.

Order affirmed.

CERCONE, PRICE and SPAETH, JJ., would remand for findings of fact and full opinion.